1  MICHAEL J. THOMAS (BAR NO. 172326)
   APARNA RAJAGOPAL-DURBIN (BAR NO. 218519)
2  DOWNEY BRAND LLP
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA 95814-4686
   Phone:  (916) 444-1000
4  Fax:  (916) 444-2100
   E-Mail:  mthomas@downeybrand.com
5            adurbin@downeybrand.com

6  Attorneys for Plaintiff
   NUTRISHARE, INC.
7
   AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
8  MICHAEL R. ADELE (BAR NO. 138339)
   CHARLENE J. WILSON (BAR NO. 222497)
9  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
10 501 West Broadway, 15th Floor
   San Diego, California 92101-3541
11 Phone:  (619) 233-1155
   Fax:  (619) 233-1158
12 E-Mail:  awintersheimer@allenmatkins.com
            madele@allenmatkins.com
13          cwilson@allenmatkins.com

14 Attorneys for Defendant
   BIORX, LLC
15

16                  UNITED STATES DISTRICT COURT

17               EASTERN DISTRICT OF CALIFORNIA

18

19 NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB

20         Plaintiff,                          | Complaint filed June 4, 2008

21      v.                                     | **STIPULATION REGARDING
                                               | SUBMISSION OF NEW EVIDENCE IN
22 BIORX, LLC, an Ohio Limited Liability       | OPPOSITION TO MOTION FOR
   Company,                                    | PRELIMINARY INJUNCTION**
23
           Defendant.                          | DATE:      August 18, 2008
24                                             | TIME:      2:00 p.m.
                                               | CRTRM:     5
25                                             | JUDGE:     Hon. William B. Shubb

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

702526.02/SD

STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION

1   Plaintiff Nutrishare, Inc. ("Plaintiff") and Defendant BioRx, LLC ("Defendant"), through

2   their undersigned attorneys of record, hereby stipulate and agree that Defendant shall have leave to

3   submit the Declaration of Douglas Eric Hill attaching new evidence in support of Defendant's

4   Opposition to Plaintiff's Motion for Preliminary Injunction.

5   By this stipulation, Plaintiff only agrees to Defendant's filing of the aforementioned

6   document, and does not stipulate to the matters asserted or contained therein, and does not waive

7   any objections thereto that it may have under applicable Federal or Local Rules.

8   IT IS SO STIPULATED.

9

10  Dated:  August 8, 2008                          DOWNEY BRAND LLP

11                                                  By:      s/Michael J. Thomas

12                                                      MICHAEL J. THOMAS
                                                        Attorneys for Plaintiff NUTRISHARE, INC.

13

14  Dated:  August 8, 2008                          ALLEN MATKINS LECK GAMBLE
                                                       MALLORY & NATSIS LLP
15

16                                                  By:      s/ Amy Wintersheimer Findley

17                                                      AMY WINTERSHEIMER FINDLEY
                                                        Attorneys for Defendant BIORX, LLC

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

702526.02/SD

-1-
STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION

1                                **<u>ORDER</u>**

2        IT IS SO ORDERED.

3

4 Dated:  August 8, 2008

5

6                            WILLIAM B. SHUBB

7                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

702526.02/SD

-2-

STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION