DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>            Defendant. | Case No. 2:08-CV-01252-WBS-EFB<br><br>**ORDER PERMITTING PLAINTIFF TO SUBMIT SUPPLEMENTAL DOCUMENTS RE: DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Date:  August 11, 2008<br>Time:  2:00 p.m.<br>Dept:  Courtroom 5<br>Judge: Hon. William B. Schubb |

944852.1

**ORDER**

Having reviewed the *Stipulation Permitting Plaintiff to Submit Supplemental Documents Re: Defendant's Motion to Dismiss or Transfer Venue*, entered into by and between Plaintiff and Defendant, and filed August 8, 2008, and finding good cause therefore, the Court HEREBY ORDERS that Plaintiff shall have leave to submit (1) a letter dated November 7, 2007 from Mark Kestler R. Ph., General Manager of BioRx to the California Board of Pharmacy, which Plaintiff received from the California Board of Pharmacy on August 4, 2008; and (2) Plaintiff's Responses to *Defendant's Objections to Evidence Submitted by Plaintiff ISO Opposition to Defendant's Motion to Dismiss or Transfer Venue*, filed August 4, 2008.

IT IS SO ORDERED.

Dated: August 11, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE